### WHITE v. STATE.
#### No. 26846.

Court of Criminal Appeals of Texas.

Feb. 24, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

Charged with the sale of whisky in a dry area, appellant waived trial by jury and entered his plea of guilty before the court. The punishment was assessed at a fine of $200 and 30 days in jail.

The record is before the court without a statement of facts or bills of exception. The proceedings appear regular and nothing is presented for review.

The judgment is affirmed.